| | |
|---|---|
| 1 | Brian D. Boydston, Esq. (SBN 155614) |
| 2 | PICK & BOYDSTON, LLP |
|   | 2288 Westwood Blvd., Suite 212 |
| 3 | Los Angeles, CA 90064 |
|   | Tel: (424) 293-0111 |
| 4 | |
| 5 | Attorneys for Plaintiff |
|   | PATRICK J. REITEN MD FAC |
| 6 | |
| 7 | Joshua C. Traver (SBN 229778) |
|   | Alysia B. Carroll (SBN 303136) |
| 8 | COLE PEDROZA LLP |
| 9 | 2295 Huntington Drive |
|   | San Marino, CA  91108 |
| 10 | Tel.:   (626) 431-2787 |
| 11 | Fax:   (626) 431-2788 |
| 12 | |
|   | Attorneys for Defendants |
| 13 | CIGNA HEALTH AND LIFE INSURANCE COMPANY |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK J. REITEN MD FACS, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY.<br><br>Defendant. | Case No. 2:18-cv-07418-AB-JPR<br>Hon. André Birotte Jr.<br><br>**ORDER ON JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The parties, having agreed to settle the above-captioned matter and having filed a Joint Stipulation and Application for Voluntary Dismissal of Action with Prejudice, and good caused appearing therefor, the Court hereby orders the action is dismissed with prejudice. Each party is to bear its own fees and costs.

IT IS SO ORDERED.

DATED: July 16, 2019    _____
Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE

Submitted by:
Joshua C. Traver (SBN 229778)
Alysia B. Carroll (SBN 303136)
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel:   (626) 431-2787
Fax:   (626) 431-2788
Attorneys for Defendant,
Cigna Health and Life Insurance Company

JS-6